UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CV #: 97-5942
Claim # C-53651
HON. Carol Bagley Amon

UNITED STATES OF AMERICA, )
   Plaintiff, )
)
  v. )
)
Patricia Savino )
)
   Defendant(s), )
)
  and )
)
Middletowne Associates LLC dba
The Helmsley-Middle Towne Hotel
   Garnishee )

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 19 2005 ★
P.M. _____
TIME A.M. _____

## GARNISHEE ORDER

  The annexed affirmation of Liberatore J. Iannarone, an attorney for the plaintiff, shows that a Writ of Garnishment, directed to the Garnishee, has been duly issued and served upon the Garnishee, or the Garnishee has voluntarily furnished us with employment verification. A copy of the Answer of the Garnishee, or the verification letter will be annexed, stating that the Garnishee had in its possession or his control personal property belonging to and due to the defendant, Patricia Savino , and that garnishee was indebted to defendant, Patricia Savino , the sum of $419.87 weekly as a result of the garnishees employment of defendant Patricia Savino .

  The defendant, Patricia Savino , was served with Notice of his/her right to a hearing to determine exempt property as provided for in Section 28 U.S.C., 3205(5) and has not requested a hearing to determine exempt property.

  Now, on motion of Mullen & Iannarone, P.C., attorneys for the Plaintiff, it is ordered that the Garnishee pay the sum equal to 25% of the defendant's net disposable weekly earnings to the plaintiff, payments made payable to the U.S. Department of Justice, and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant, Patricia Savino , or until further Order of the Court.

10%/v

SO ORDERED; Sept 15, 2005
Dated:

/S/ HON. CAROL B. AMON
UNITED STATES DISTRICT COURT JUDGE